MCGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00207 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| DONALD FREEMAN, JR., *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, and defendants Donald Freeman and Juan Arturo Arroyo Gomez, by and through ther counsel of record, hereby stipulate:

1. On December 14, 2017, defendants pled guilty to the sole-count in the information and the matter was referred to the Probation Office for preparation of a pretrial investigation report. The matter is presently set for a judgment and sentencing hearing on March 15, 2018.

2. By this stipulation, the parties jointly request that this Court continue the judgment and sentencing hearing until June 14, 2018 at 10:00 a.m.

3. Because the defendants have pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED AND REQUESTED.

Dated: January 29, 2018    McGREGOR W. SCOTT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated: January 30, 2018    By: */s/ Todd A. Pickles for*
DAVID GARLAND, Esq.

Counsel for defendant Donald Freeman, Jr

Dated: January 29, 2018    By: */s/ Todd A. Pickles for*
MARYANN BIRD, Esq.

Counsel for defendant Juan Arturo Arroyo Gomez

## ORDER

The Court hereby continues the judgment and sentencing hearing to June 14, 2018 at 10:00 a.m. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of June 14, 2018.

IT IS SO ORDERED.

Dated: February 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE