1  McGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   ROSANNE L. RUST
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00207 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| DONALD FREEMAN, JR., *et al.*, | |
| Defendants. | |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, and defendant Donald Freeman, by and through his counsel of record, hereby stipulate:

    1.    By prior order, the matter is presently set for a judgment and sentencing hearing on June 14, 2018.

    2.    By this stipulation, the parties jointly request that this Court continue the judgment and sentencing hearing for defendant Donald Freeman until September 27, 2018 at 10:00 a.m.

    3.    Because the defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED AND REQUESTED.

Dated: June 12, 2018                    McGREGOR W. SCOTT
                                        United States Attorney

                                        By: */s/ Todd A. Pickles*
                                        TODD A. PICKLES
                                        ROSANNE L. RUST
                                        Assistant United States Attorneys

Dated: June 12, 2018                    By: */s/ Todd A. Pickles for*
                                        DAVID GARLAND, Esq.

                                        Counsel for defendant Donald Freeman, Jr

## ORDER

The Court hereby continues the judgment and sentencing hearing for defendant Donald Freeman to September 27, 2018 at 10:00 a.m. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of September 27, 2018.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE