McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00207 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| DONALD FREEMAN, JR., *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, and defendants Donald Freeman, Jr. and Juan Arturo Arroyo Gomez, by and through their respective counsel of record, hereby stipulate:

1. By prior order, this matter was set for judgment and sentencing for defendant Freeman on September 27, 2018, and for defendant Arroyo Gomez on October 11, 2018.

2. By this stipulation, the parties jointly request that this Court continue the judgment and sentencing hearing for both defendants until December 13, 2018 at 10:00 a.m., and to reset the dates for all sentencing documents accordingly.

3. Because the defendants have pleaded guilty, the provisions of the Speedy Trial Act do not apply to this request.

4. Additionally, the defendants expressly agree that they will appear before the Court on December 13, 2018 at 10:00 a.m., and acknowledge that their failure to appear on that date may result in

their immediate incarceration, that the United States may file additional charges for their failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

5. Counsel for the defendants agrees that they will provide a copy of the Court's order to their clients and directly inform them upon entry of the Court's order.

IT IS SO STIPULATED AND REQUESTED.

Dated: July 31, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated: July 31, 2018

By: */s/ David Garland (as authorized on 7/31/2018)*
DAVID GARLAND, Esq.

Counsel for defendant Donald Freeman, Jr.

Dated: July 31, 2018

By: */s/ Mary Ann Bird (as authorized on 7/31/2018)*
MARY ANN BIRD, Esq.

Counsel for defendant Juan Arturo Arroyo Gomez

**ORDER**

The Court hereby continues the judgment and sentencing hearing for defendants Donald Freeman, Jr. and Juan Arturo Arroyo Gomez to December 13, 2018 at 10:00 a.m. Both defendants are hereby ordered to appear in Court on that date at that time. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of December 13, 2018.

IT IS SO ORDERED.

Dated: August 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE