McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-207 MCE |
| Plaintiff, | STIPULATION REGARDING CONTINUING JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: January 10, 2019 |
| DONALD FREEMAN, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for judgment and sentencing on January 10, 2019.

2.  By this stipulation, defendant now moves to continue the status conference until March 28, 2019.

3.  Defense needs additional time to obtain, analyze and present information relevant to the Court's consideration of the 18 U.S.C. § 3553(a) factors before the Court imposes its sentence. The United States and the Probation Office do not oppose this request.

4.  Therefore, the defendant respectfully requests that this Court continue the judgment and sentencing hearing until March 28, 2019 at 10:00 a.m., and that all dates pertinent to the preparation of the presentence investigation report be adjusted accordingly to reflect the new sentencing date of March

28, 2019.

5. Because the defendant has pleaded guilty, the Speedy Trial Act provisions do not apply to this request.

IT IS SO STIPULATED.

Dated: November 30, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ ROSANNE L. RUST
                                        ROSANNE L. RUST
                                        Assistant United States Attorney

Dated: November 30, 2018                /s/ David Garland
                                        DAVID GARLAND
                                        Counsel for Defendant
                                        DONALD FREEMAN

**ORDER**

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE