LAW OFFICE OF DAVID GARLAND
David Garland, Bar # 223679
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 366-1069
Fax: (916)476-4023

Attorneys for Defendant
DONALD EARL FREEMAN JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00207-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT |
| v. | |
| DONALD EARL FREEMAN JR., | DATE: JUNE 6, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Defendant, by and through his counsel of record, hereby requests a continuance of his Judgment and Sentencing hearing, currently set for March 28, 2019, to June 6, 2019. The United States and the Probation Office have no objection to the requested continuance. The parties hereby stipulate and request the Schedule for Disclosure of Pre-Sentence Report and for filing of Objections to the Pre-Sentence report be modified as follows:

| | |
|---|---|
| Reply or statement of non-opposition: | 05/30/2019 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 05/23/2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | 05/16/2019 |

///

///

1

\

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 05/09/2019

    IT IS SO STIPULATED.

Dated: March 21, 2019

/s/ DAVID GARLAND
DAVID GARLAND
Counsel for Defendant
DONALD EARL FREEMAN JR.

Dated: March 21, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

**ORDER**

    IT IS SO ORDERED.

Dated: March 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE