1  LAW OFFICE OF DAVID GARLAND
   David Garland, Bar # 223679
2   455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone: (916) 366-1069
   Fax: (916)476-4023
4

5  Attorneys for Defendant
   DONALD EARL FREEMAN JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00207-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: JUNE 6, 2019 |
| DONALD EARL FREEMAN JR., | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgement and sentencing on June 6, 2019.

2. By this stipulation, defendant now moves to continue sentencing until July 25, 2019

3. Defense needs additional time to obtain, analyze and present information relevant to the Court's consideration of the 18 U.S.C § 3553(a) factors before the Court imposes its sentence. The United States and the Probation Office do not oppose this request. The United States will oppose further continuances of this matter.

4. Therefore, the defendant respectfully requests that this Court continues the judgment and sentencing hearing until July 25, 2019 at 10:00 a.m.,

///

///

///

1

5. Because the defendant has pleaded guilty, the Speedy Trial Act provisions do not apply to this request.

IT IS SO STIPULATED.

Dated: June 6, 2019

/s/ DAVID GARLAND
DAVID GARLAND
Counsel for Defendant
DONALD EARL FREEMAN JR.

Dated: June 6, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Rosanne Rust
Rosanne Rust
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE